Betty WILLIAMS, Appellee

v.

PARKSIDE CONDOMINIUM
TOWNHOUSE ASSOCIATION,
Appellant

No. 16-7116
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: March 3, 2017

1:01-cv-01098-AK

Johnnie D. Bond, Jr., Esquire, Attorney,
Bond Law Firm, PLLC, Washington, DC,
for Plaintiff-Appellee

Benny Lee Kass, Attorney, John H.
Brillian, Kass, Mitek & Kass PLLC,
Washington, DC, for Defendant-Appellant

### ORDER

Upon consideration of appellant's consent motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.